| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Cote, Denise L | 2. Court or Organization<br><br>U.S.D.C., S.D.N.Y. | 3. Date of Report<br><br>5/7/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ◉ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U.S. District Court, Rm. 1040<br>500 Pearl Street<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    President | Federal Bar Council Inn of Court |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 17 10 44 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom
☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)
☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1.   National Parks Service | Summer 2003: Katmai, Alaska, volunteer: meals and room. |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cote, Denise L | 5/4/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Federal Bar Council | Print | $533 |

## VL LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

# FINANCIAL DISCLOSURE REPORT
## Page 1 of 1

| Name of Person | Date of Report |
|---|---|
| Cote, Denise L | 5/6/2004 |

*The software won't let me enter more than 1 item for each of these, so I wrote them in.* →

## VII. INVESTMENTS and TRUSTS – income, value, transcations (inc ... ee pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. | | D. sactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Columbia University Pension (TIAA CREF) | E | Income | O | T | | | | | |
| 2. Merrill Lynch Account | | | | | | | | | See items 3 through 9 |
| 3. Muni Inves Trust S. A. N.Y. | A | Interest | J | T | Prin pmt | 9/25, 12/26, 12/30 | J J J | | |
| 4. ML Bank Deposit | A | Interest | J | T | | | | | |
| 5. N Sts. Power Co. Bonds | A | Interest | | | Redeem | 4/1 | J | | |
| 6. CD Galena St. Bk. | A | Interest | J | T | | | | | |
| 7. CD Hudson United Bank, Union City, NJ | A | Interest | | | Redeem Sale | 9/26 3/03 | J J | A | |
| 8. CD MBNA American Bk, Newark DE | B | Interest | K | T | | | | | |
| 9. CD Capital One Bk, FSB, Falls Church VA | A | Interest | J | T | | | | | |
| 10. Twentieth Century Investors IRA | | None | M | T | | | | | |
| 11. Janus Worldwide Fund | | None | M | T | | | | | |
| 12. Janus Fund | | None | M | T | | | | | |
| 13. Janus Mercury | | None | L | T | | | | | |
| 14. Janus Global Technology | | None | J | T | | | | | |
| 15. Chase Accounts | | None | K | T | | | | | |

1. Income/Gain Codes: A =$1,000 or less B =$1,001-$2,500 C =$2,501-$5,000 D =$5,001-$15,000 E =$15,001-$50,000
(See Columns B1 and D4) F =$50,001-$100,000 G =$100,001-$1,000,000 H1 =$1,000,001-$5,000,000 H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less K =$15,001-$50,000 L =$50,001-$100,000 M =$100,001-$250,000
(See Columns C1 and D3) N =$250,000-$500,000 O =$500,000-$1,000,000 P1 =$1,000,001-$5,000,000 P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000 P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal R =Cost (Real Estate Only) S =Assessment T =Cash/Market
(See Column C2) U =Book Value V =Other W =Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cote, Denise L | 5/4/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____        Date____May 7, 2004____

NOTE: ANY IND■■■■■■WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJECT TO■■■■■■■ND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544